AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Conservation Law Foundation, et al.
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:26-cv-01528-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors Frank Green and Robert Conrad .

Date: 08/05/2026

/s/ Frank D. Garrison
*Attorney's signature*

Frank D. Garrison, Ind. Bar No. 34024-49
*Printed name and bar number*

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
*Address*

fgarrison@pacificlegal.org
*E-mail address*

(202) 888-6881
*Telephone number*

(916) 419-7747
*FAX number*