AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Conservation Law Foundation, et al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01528-JEB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors Frank Green and Robert Conrad .

Date: 08/05/2026

/s/ Paige E. Gilliard
*Attorney's signature*

Paige E. Gilliard, Cal. Bar No. 330051
*Printed name and bar number*

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
*Address*

pgilliard@pacificlegal.org
*E-mail address*

(202) 888-6881
*Telephone number*

(916) 419-7747
*FAX number*