AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Conservation Law Foundation, et al.
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:26-cv-01528-JEB

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors Frank Green and Robert Conrad .

Date: 08/05/2026

/s/ Katherine M. Klem
*Attorney's signature*

Katherine M. Klem, Cal. Bar No. 342490
*Printed name and bar number*

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
*Address*

kklem@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*